IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-23-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| JAMES VERNON DAY, JR., | |
| Defendant. | |

Defendant James Vernon Day, Jr. having moved to suppress the firearms recovered in this case, (*see* Doc. 19),

IT IS ORDERED that the government is ordered to preserve the firearms at issue and may not administratively forfeit them pending the resolution of this matter. *See* Fed. R. Crim. P. 41(g).

DATED this 10th day of June, 2024.

_____
Donald W. Molloy, District Judge
United States District Court